UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:20-cv-00407-SCB-AAS

**WANDA KOEHN,**

    Plaintiff,

vs.

**B.G.P., INC. d/b/a PELTZ SHOES,**
**a Florida for-profit corporation,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff WANDA KOEHN, by and through her undersigned Counsel, hereby gives notice that the parties have reached a settlement, in principle, with respect to Plaintiff's individual claims. In light of the parties' settlement, Plaintiff respectfully requests that the Court dismiss this action with leave to reopen the case in forty-five (45) days from today's date in the event a final Stipulation of Voluntary Dismissal with Prejudice has not been submitted by that date. Plaintiff also requests that the Court adjourn all pending dates and deadlines.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 8751 W. Broward Blvd., Suite 303 | Co-Counsel for Plaintiff |
| Plantation, FL 33324 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email: rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |